PROB 12C
(6/16)

Report Date: May 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amado Ramos    Case Number: 0980 1:18CR02035-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 6, 2019

Original Offense:     Attempting to Elude Police Vehicle, 18 U.S.C. § 13; Assault with Dangerous Weapon, 18 U.S.C. § 113(a)(3);

Original Sentence:    Prison - 48 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Meghan M. McCalla           Date Supervision Commenced: January 20, 2022

Defense Attorney:     Federal Defender's Office   Date Supervision Expires: January 20, 2025

## PETITIONING THE COURT

To issue a **warrant.**

On January 21, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Ramos as outlined in the judgment and sentence. Mr. Ramos signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Amado Ramos allegedly violated the above-stated condition by failing to abstain from the use of controlled substances.<br><br>Specifically, on May 16, 2022, Mr. Ramos provided a random urine sample at Pioneer Human Services (PHS). The sample tested positive for methamphetamine and was sent to Alere Toxicology Laboratory for further testing. Mr. Ramos signed a form denying use of illegal controlled substances. The test results of this sample are pending. |
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

Prob12C
Re: Ramos, Amado
May 25, 2022
Page 2

**Supporting Evidence**: Amado Ramos allegedly violated the above-stated condition by failing to report to the U.S. Probation Office as directed.

On May 23, 2022, the undersigned officer attempted to reach Mr. Ramos at his approved address. Mr. Ramos' roommate allowed entry and shared that the offender had not been there in approximately 1 week. Attempts to call Mr. Ramos were unsuccessful. In efforts to reach Mr. Ramos, a business card with a scheduled appointment for May 25, 2022, was left on his door. Mr. Ramos failed to report for the appointment as directed.

3   **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Amado Ramos allegedly violated the above-stated condition by failing to reside at Pura Vida sober living house in Spokane, Washington.

On May 23, 2022, the undersigned officer contacted the resource director of Pura Vida sober living homes and was informed Mr. Ramos appeared to have moved from the residence, as his belongings were no longer present, coupled with the fact he had not been seen or able to be reached in approximately 1 week. On May 25, 2022, the undersigned contacted the Pura Vida resource director who stated Mr. Ramos' placement in this residence will be offered to others based on him not actively residing there.

4   **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at lease 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Amado Ramos allegedly violated the above-stated condition by failing to notify the probation officer of his change in employment status.

On May 19, 2022, the undersigned officer contacted the owner of The Ugly Duck, which is listed as Mr. Ramos' employer. The owner shared, Mr. Ramos was last seen on May 13, 2022; he failed to report for work the following week, and they had not had contact with him.

5   **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
Re: Ramos, Amado
May 25, 2022
Page 3

**Supporting Evidence**: Amado Ramos allegedly violated the above-stated condition by failing to undergo a substance abuse evaluation as directed.

Mr. Ramos was scheduled for individual counseling with PHS on May 18, 2022. On that date, the undersigned received communication from the offender's assigned counselor and learned he had failed to report for his appointment. Mr. Ramos had not made any contact with PHS to reschedule.

Additionally, Mr. Ramos was scheduled for group counseling with PHS on May 19, 2022. On that date, the undersigned received communication from the offender's assigned counselor and learned he had failed to report for his appointment. Mr. Ramos had not made any contact with PHS to reschedule.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/25/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ X ] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/26/2022
Date